| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Michelle Bradley** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0399 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Louisiana** | | Date case case filed for chapter   **7**   **9/5/24** |
| Case number:   **24–10752** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | Debtor's full name | Michelle Bradley | | |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | PO BOX 83251 <br> Baton Rouge, LA 70884 | | |
| 4. | Debtor's attorney <br> Name and address | Trenton A. Grand <br> 10537 Kentshire Court <br> Suite A <br> Baton Rouge, LA 70810 | | Contact phone 225–769–1414 <br> Email: bankruptcy@grandlawfirm.com |
| 5. | Bankruptcy trustee <br> Name and address | Dwayne M. Murray <br> 4970 Bluebonnet Blvd <br> Suite B <br> Baton Rouge, LA 70809 | | Contact phone 225–925–1110 <br> Email: dmm@murraylaw.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Middle District of Louisiana<br>707 Florida Street<br>Room 119<br>Baton Rouge, LA 70801 | Hours open:<br>8:30am to 4:00pm<br><br>Contact phone 225–346–3333<br><br>Date: 9/5/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 8, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 536 771 0425, and Passcode 7618460545, OR call 1 225 681 4804**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/9/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Middle District of Louisiana

In re:     Case No. 24-10752-MAC
Michelle Bradley     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 053N-3     User: ao1492bnc     Page 1 of 2
Date Rcvd: Sep 06, 2024     Form ID: 309A     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Bradley, PO BOX 83251, Baton Rouge, LA 70884-3251 |
| 2128413 | + | Doug Welborn Clerk of Court, 300 North Blvd, Baton Rouge, LA 70801-1509 |
| 2128421 | + | Les Federal Credit Uni, 950 N 22nd St, Baton Rouge, LA 70802-3322 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcy@grandlawfirm.com | Sep 06 2024 19:54:00 | Trenton A. Grand, 10537 Kentshire Court, Suite A, Baton Rouge, LA 70810 |
| tr | + | EDI: BDMMURRAY.COM | Sep 06 2024 23:58:00 | Dwayne M. Murray, 4970 Bluebonnet Blvd, Suite B, Baton Rouge, LA 70809-3089 |
| 2128408 | + | Email/PDF: bncnotices@becket-lee.com | Sep 06 2024 20:08:25 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 2128409 | + | EDI: TSYS2 | Sep 06 2024 23:58:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 2128410 | + | EDI: CAPITALONE.COM | Sep 06 2024 23:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 2128411 | + | EDI: CITICORP | Sep 06 2024 23:58:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 2128412 | + | EDI: DISCOVER | Sep 06 2024 23:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 2128414 | | Email/Text: bankruptcycourts@equifax.com | Sep 06 2024 19:54:00 | Equifax, P. O. Box 740256, Atlanta, GA 30374 |
| 2128415 | ^ | MEBN | Sep 06 2024 19:52:45 | Experian, P. O. Box 9701, Allen, TX 75013-9701 |
| 2128416 | | EDI: IRS.COM | Sep 06 2024 23:58:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 2128418 | + | Email/Text: julie.n.taylor@irscounsel.treas.gov | Sep 06 2024 19:54:00 | Internal Revenue Service, District Counsel, P.O. Box 30509, New Orleans, LA 70190-0509 |
| 2128419 | | EDI: JPMORGANCHASE | Sep 06 2024 23:58:00 | JP Morgan Chase Bank, National Bank by Mail, PO BOX 6185, Westerville, OH 43086 |
| 2128420 | + | EDI: LADOR | Sep 06 2024 23:58:00 | La. Dept. of Revenue, PO Box 66658, Baton Rouge, LA 70896-6658 |
| 2128422 | + | EDI: LADOR | Sep 06 2024 23:58:00 | Louisiana Dept. of Revenue, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| 2128423 | | Email/Text: EBN@Mohela.com | Sep 06 2024 19:54:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |

| District/off: 053N-3 | User: ao1492bnc | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 06, 2024 | Form ID: 309A | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 2128424 | + | Email/Text: bankruptcy@neighborsfcu.org | Sep 06 2024 19:54:00 | Neighbors Federal Cred, 7844 Goodwood Blvd, Baton Rouge, LA 70806-7627 |
| 2128425 | + | Email/Text: USALAM.Bankruptcy@usdoj.gov | Sep 06 2024 19:54:00 | Office of the U.S. Attorney, Middle District of Louisiana, 777 Florida Street, Suite 208, Baton Rouge, LA 70801-1717 |
| 2128426 | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Sep 06 2024 19:54:00 | Office of the U.S. Trustee, Region V, 400 Poydras St., Ste. 2110, New Orleans, LA 70130-3238 |
| 2128427 | + | Email/Text: newbk@Regions.com | Sep 06 2024 19:54:00 | Regions Bank, Attn: Bankruptcy, 2050 Parkway Office Circle, Hoover, AL 35244-1805 |
| 2128428 | + | Email/Text: elpasodlsc@sba.gov | Sep 06 2024 19:54:00 | SBA, 10737 Gateway West, Suite 300, El Paso, TX 79935-4910 |
| 2128429 | ^ | MEBN | Sep 06 2024 19:52:43 | Transunion, P. O. Box 2000, Chester, PA 19016-2000 |
| 2128430 | + | EDI: USAA.COM | Sep 06 2024 23:58:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2128417 | * | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2024          Signature:     /s/Gustava Winters